IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHANE A. ROGERS, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 11-00233-CG-B |
| MICHAEL J. ASTRUE, | : | |
| Defendant. | : | |

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this court.

It is **ORDERED** that this action is **DISMISSED** without prejudice for plaintiff's failure to prosecute.

**DONE and ORDERED** this 14th day of September, 2011.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE