# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| SHANE A. ROGERS, | : | |
| Plaintiff, | : | |
| v. | : | CIVIL ACTION NO. 11-00233-CG-B |
| MICHAEL J. ASTRUE, | : | |
| Defendant. | : | |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED, and DECREED** that this action is DISMISSED without prejudice.

**DONE and ORDERED** this 14th day of September, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE